UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA-MIAMIDADE COUNTY

GODOFREDO PERDOMO AND
SILVIA PERDOMO

CASE NO. 13-CV-22645-ALTONAGA/SIMONTON

Plaintiff,

HSBC BANK USA, NATIONAL ASSOCIATION
AS TRUSTEE FOR NOMURA HOME EQUITY
LOAN, INC. ASSET-BACKED CERTIFICATES SERIES
2006-FM2. SHAPIRO FISHMAN AND GACHE, LLP
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
FREEMONT INVESTMENT & LOAN, EVRI PROPERTIES LLC

Defendants
_____/

SUMMONS ON A CIVIL ACTION

To FREEMONT INVESTMENT AND LOAN C/O FREEMON REORGANIZATION REORGANIZATION CORP f/k/a FREEMONT INVESTMENT & LOAN SIGNATURE GROUP HOLDINGS INC.   15303 VENTURA BLVD SUITE 1600
SHERMAN OAKS, CA 91403-3110  805-409-4340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you ( not counting the day you received it)-or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R Civ. P. 12 (a) (2) or (3)- you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, who's name and address are:

Godofredo Perdomo 7301 SW 162 ST. Palmetto Bay Florida 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE   July 24, 2013



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA-MIAMIDADE COUNTY

GODOFREDO PERDOMO AND
SILVIA PERDOMO

CASE NO. **13-CV-22645-ALTONAGA/SIMONTON**

Plaintiff,

HSBC BANK USA, NATIONAL ASSOCIATION
AS TRUSTEE FOR NOMURA HOME EQUITY
LOAN, INC. ASSET-BACKED CERTIFICATES SERIES
2006-FM2. SHAPIRO FISHMAN AND GACHE, LLP
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
FREEMONT INVESTMENT & LOAN, EVRI PROPERTIES LLC

Defendants
_____/

**SUMMONS ON A CIVIL ACTION**

To:   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
PO BOX 2026, FLINT, MICHIGAN, 48501-2026 TEL NO. 888-679-6377

A lawsuit has been filed against you.

Within 21 days after service of this summons on you ( not counting the day you received it)-or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R Civ. P. 12 (a) (2) or (3)- you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, who's name and address are:

Godofredo Perdomo 7301 SW 162 ST. Palmetto Bay Florida 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE ___**July 24, 2013**___



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA-MIAMIDADE COUNTY

GODOFREDO PERDOMO AND
SILVIA PERDOMO

CASE NO. **13-CV-22645-ALTONAGA/SIMONTON**

Plaintiff,

HSBC BANK USA, NATIONAL ASSOCIATION
AS TRUSTEE FOR NOMURA HOME EQUITY
LOAN, INC. ASSET-BACKED CERTIFICATES SERIES
2006-FM2. SHAPIRO FISHMAN AND GACHE, LLP
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
FREEMONT INVESTMENT & LOAN, EVRI PROPERTIES LLC

Defendants
_____/

**SUMMONS ON A CIVIL ACTION**

To:   SHAPIRO FISHMAN & GACHE LLP, 2424 NORTH FEDERAL HWY SUITE 360,
      BOCA RATON, FL 33431 FAX NO. 561-998-6707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you ( not counting the day you received it)-or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R Civ. P. 12 (a) (2) or (3)- you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, who's name and address are:

Godofredo Perdomo 7301 SW 162 ST. Palmetto Bay Florida 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE _____**July 24, 2013**_____



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA-MIAMIDADE COUNTY

GODOFREDO PERDOMO AND
SILVIA PERDOMO

CASE NO. **13-CV-22645-ALTONAGA/SIMONTON**

Plaintiff,

HSBC BANK USA, NATIONAL ASSOCIATION
AS TRUSTEE FOR NOMURA HOME EQUITY
LOAN, INC. ASSET-BACKED CERTIFICATES SERIES
2006-FM2. SHAPIRO FISHMAN AND GACHE, LLP
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
FREEMONT INVESTMENT & LOAN, EVRI PROPERTIES LLC

Defendants
_____/

**SUMMONS ON A CIVIL ACTION**

To: HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC. ASSET-BACKED CERTIFICATES SERIES 2006-FM2 2929 WALDEN AVENUE, DEPEW, NY 14043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you ( not counting the day you received it)-or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R Civ P. 12 (a) (2) or (3)- you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whos name and address are:

Godofredo Perdomo 7301 SW 162 ST. Palmetto Bay Florida 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE __**July 24, 2013**__



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA-MIAMIDADE COUNTY

GODOFREDO PERDOMO AND
SILVIA PERDOMO

CASE NO. **13-CV-22645-ALTONAGA/SIMONTON**

Plaintiff,

HSBC BANK USA, NATIONAL ASSOCIATION
AS TRUSTEE FOR NOMURA HOME EQUITY
LOAN, INC. ASSET-BACKED CERTIFICATES SERIES
2006-FM2. SHAPIRO FISHMAN AND GACHE, LLP
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
FREEMONT INVESTMENT & LOAN, EVRI PROPERTIES LLC

Defendants
_____/

**SUMMONS ON A CIVIL ACTION**

To  EVRI PROPERTIES LLC, EDUARDO ARBOLEDO, 4000 PONCE DE LEON BLVD, SUITE 470 CORAL GABLES, FL 33146
C/O  GUSTAVO SARDINA ESQ. Atty for Defendant, Law Office of Gustavo Sardina PA 2655 Le Jeune Road Suite 500 Coral Gables, Fl 33134, Tel No.  305-909-4405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you ( not counting the day you received it)-or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R Civ. P. 12 (a) (2) or (3)- you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, who's name and address are:

Godofredo Perdomo 7301 SW 162 ST. Palmetto Bay Florida 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE __**July 24, 2013**_____



Steven M. Larimore
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

SUMMONS