UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22645-CIV-ALTONAGA/Simonton

**GODOFREDO PERDOMO**, *et al.,*

    Plaintiffs,

v.

**HSBC BANK, USA, etc.; SHAPIRO FISHMAN AND GACHE, LLP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FREEMONT INVESTMENT & LOAN; EVRI PROPERTIES, LLC**, *et al.,*

    Defendants.

_____/

## NOTICE OF APPEARANCE FOR DEFENDANT SHAPIRO, FISHMAN & GACHÉ, LLC ("SFG")

PLEASE TAKE NOTICE that Ronald M. Gaché hereby enters his appearance as counsel for Shapiro, Fishman & Gaché, LLP ("SFG") in these proceedings. All parties are requested to take notice of the appearance of undersigned counsel and to serve all copies of any and all motions, orders, pleadings, papers, reports and/or documents of any kind or nature upon the undersigned counsel.

    Respectfully submitted,

    /s/    Ronald M. Gaché
    Ronald M. Gaché, Esq.
    Florida Bar No. 699306
    rgache@logs.com
    SHAPIRO, FISHMAN & GACHE, LLP
    2424 North Federal Highway, Suite 360
    Boca Raton, FL  33431
    561-287-5599 (phone)
    561-287-5589 (fax)
    *Counsel for SFG*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 6th day of December, 2013 by transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record and by U.S. mail and email to Godofredo and Silvia Perdomo, 7301 SW 162nd St., Palmetto Bay, FL 33157.

/s/      Ronald M. Gaché
RONALD M. GACHÉ