UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22645-CIV-ALTONAGA/Simonton

**GODOFREDO PERDOMO**, *et al.,*

    Plaintiffs,
v.

**HSBC BANK USA**, *et al.,*

    Defendants.
_____/

## **DEFENDANT SHAPIRO, FISHMAN & GACHÉ, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant SHAPIRO, FISHMAN & GACHÉ, LLC ("SFG") provides its Corporate Disclosure Statement as follows:

1. SFG does not have any parent corporation and there is not any publicly held corporation that owns 10% or more of its stock.

    Respectfully submitted,

    s/ Ileen J. Cantor
    Ileen J. Cantor, Esq.
    Florida Bar No. 977128
    icantor@logs.com
    Ronald M. Gaché, Esq.
    Florida Bar No. 699306
    rgache@logs.com
    Shapiro, Fishman & Gache, LLP
    2424 N. Federal Highway Suite 360
    Boca Raton, FL 33431
    *Counsel for Shapiro, Fishman & Gache, LLP*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2013, a copy of the foregoing was filed via CM/ECF which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system. The foregoing was also served by first-class mail and email to Godofredo and Silvia Perdomo, (perdomo.fred@gmail.com) 7301 SW 162nd St., Palmetto Bay, FL 33157.

s/ Ileen J. Cantor
Ileen J. Cantor